IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| SOUTHERN CONCRETE PRODUCTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:19-cv-01105-STA-jay |
| ) | |
| LIBERTY HOLDINGS, L.P., ) | |
| AND CHRISTOPHER J. MILLER ) | |
| ) | |
| Defendants. ) | |

## SECOND REQUEST FOR ENTRY OF DEFAULT

Comes now Plaintiff Southern Concrete Products, Inc. (hereinafter "Southern Concrete"), by and through counsel and pursuant to Rule 55(a) and 55(b)(1) of the Federal Rules of Civil Procedure, and requests the Clerk to enter a default against Defendant Liberty Holdings, L.P. on the basis that record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure[1]. Southern Concrete further requests entry of a Default Judgment in the liquidated principal amount of $108,021.84 pursuant to the Affidavit of Sworn Account attached as **Exhibit E** to the Second Amended Complaint (Docket Entry No. 61-5), plus pre-judgment contractual interest of $74,868.48 from December 2018 through December 2022, for a total default judgment of $182,890.32, plus costs, as well as attorney's fees to be applied for under a separate Motion.

---

[1] Southern Concrete is simultaneously filing a Motion for Partial Summary Judgment against the Defendants and files this Second Request for Entry of Default as part of a "belt and suspenders" approach to prohibit Liberty Holdings, L.P. from entering an appearance and denying liability under oath to Southern Concrete's Second Amended Complaint on Sworn Account.

1

        Respectfully submitted,

        */s/ Todd D. Siroky*
        Todd D. Siroky (#24708)
        **SIROKY LAW, PLC**
        316 South Shannon Street
        Jackson, TN 38302-1625
        Telephone: (731) 300-3636
        Facsimile: (731) 300-3638
        todd@sirokylaw.com

        *Attorneys for Southern Concrete Products, Inc.*

## CERTIFICATE OF SERVICE

I certify that I provided a true and correct copy of this document to the following by electronic means via the court's electronic filing system, email, fax or by U.S. mail, postage prepaid, this the 17th day of November, 2021.

Jonathan O. Steen
Spragins, Barnett & Cobb, PLC
312 East Lafayette
Jackson, TN 38301
jsteen@spraginslaw.com
Attorneys for Christopher J. Miller

Lori Eropkin
Levinson Arshonsky & Kurtz, LLP
15303 Ventura Blvd., Suite 1650
Sherman Oaks, CA 91403
Attorneys for Defendants
Christopher J. Miller

Liberty Holdings, LP
c/o Scott Weiss, Agent for Service of Process
16217 Kittridge Street
Van Nuys, CA 91406

        s/ Todd D. Siroky