IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

SOUTHERN CONCRETE PRODUCTS, INC.
PLAINTIFF,

VS.                                                                                           CIVIL NO. 1:19-cv-1105 STA/jay

LIBERTY HOLDINGS, L.P.,
AND CHRISTOPHER J. MILLER,
DEFENDANTS.

___

CLERK'S ENTRY OF DEFAULT AND JUDGMENT BY DEFAULT
AS TO LIBERTY HOLDINGS, L.P.

___

It appearing that Southern Concrete's Complaint was filed in Madison County Circuit Court (C-18-298 DIV-III) on December 12, 2018; Liberty Holdings' registered agent was served with the Complaint on January 22, 2019. Southern Concrete filed a motion for Default Judgment against Liberty Holdings in Madison County Circuit Court on February 22, 2019. The First Amended Complaint was filed by Southern Concrete on April 22, 2019, and Liberty Holdings' registered agent, Scott Weiss, was served on April 22, 2019. Defendant's Hilltop Concrete, LLC, J & S Investments, RSTM Pacific, LLC, Scott J. Weiss, and Christopher J. Miller removed this case from Madison County Circuit Court to this court prior to entry of Default Judgment against Liberty Holdings. Southern Concrete served the Second Amended Complaint on Liberty Holdings' registered agent, Scott Weiss, via U.S. mail on January 27, 2021. Although Liberty Holdings did not enter an appearance in the state court action or in this action in federal court following removal, attorneys for the other named Defendants caused a "Consent to Removal of Civil Action" signed by Christopher Miller as "President" to be filed within this action. On November 12, 2021, this Court

granted an unopposed Motion for Extension of Time for Defendant Christopher Miller to File Responsive Pleading to Second Amended Complaint, the Court acknowledged that Liberty Holdings was not a party to said Motion.

The Summons and Second Amended Complaint were duly served upon the Defendant, Liberty Holdings, on April 22, 2019, and the Defendant has failed to plead or otherwise defend as required by law.

Therefore, upon request of the Plaintiff, and pursuant to Rule 55(a) and 55(b)(1) of the Federal Rules of Civil Procedure, entry of default and default judgment is hereby entered against the Defendant, Liberty Holdings in the totaled liquidated amount of $182,890.32, plus attorney's fees and expenses to be applied for in a separate motion.

This 15th day of December 2022.

                                          THOMAS M. GOULD
                                          CLERK

                                          BY: s/Cassandra Ikerd
                                              DEPUTY CLERK