# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

| | |
|---|---|
| **SOUTHERN CONCRETE PRODUCTS, INC.,** | **JUDGMENT IN A CIVIL CASE** |
|     **Plaintiff,** | |
| vs. | |
| **LIBERTY HOLDINGS, LP, ET AL.,** | **CASE NO: 19-1105-STA-jay** |
|     **Defendants.** | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the AGREED ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF ORDER OF DISMISSAL OF REMAINING CLAIMS AGAINST CHRISTOPHER J. MILLER WITHOUT PREJUDICE entered on May 15, 2023, Counts II, III, IV, V, VI, VII, and VIII of the Second Amended Complaint as to Defendant Christopher J. Miller are dismissed without prejudice as to refiling under Rule 41(a)(2) of the Federal Rules of Civil Procedure pursuant to Agreed Order Granting Plaintiff's Motion for Entry of Order of Dismissal (ECF No. 104.)  Judgment is entered in favor of Plaintiff against Defendant Miller on all remaining claims pursuant to the Court's Order Granting Motion for Partial Summary Judgment (ECF No. 94.)  Judgment is entered in favor of Plaintiff against Defendant Liberty Holdings, L.P. pursuant to the Clerk's entry of Judgment by Default (ECF No. 90.)

Plaintiff is awarded attorney fees and costs against Defendant Liberty Holdings and Defendant Miller pursuant to Order Granting Motion for Fees and Costs (ECF No. 98.)

Defendant Miller is joint and severally liable with Liberty Holdings for the debt owed to Plaintiff in the amount of $108,021.84, plus additional accrued pre-

judgment interest of $74,868.48 at the stated contractual rate of 1.50% per month, discretionary costs, and attorney fees associated with this matter consistent with the Clerk's entry of Default Judgment against Liberty Holdings and the Order Granting Motion for Fees and Costs.

Judgment is entered in favor of all other Defendants on all other claims pursuant to Order Partially Granting and Partially Denying Motion to Dismiss Second Amended Complaint (ECF No. 68.)

APPROVED:

s/ S. Thomas Anderson
**JUDGE UNITED STATES DISTRICT COURT**

DATE: 5/15/2023

Wendy R. Oliver
**Clerk of Court**

s/Maurice B. BRYSON

(By)  Deputy Clerk